Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiff was sustained.

No. 68817.—Salim Sarkis Dominguez *v.* United States, protests 61/22559, etc. (Nogales).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of finger jointed molding similar in all material respects to that the subject of *Best Moulding Corporation* v. *United States* (*Brown, Alcantar & Brown, Inc., Party in Interest*) (51 CCPA 7, C.A.D. 829), the claim of the plaintiff was sustained.

No. 68818.—Brown, Alcantar & Brown, Inc. *v.* United States, protests 63/8380, etc. (El Paso).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of finger jointed molding similar in all material respects to that the subject of *Best Moulding Corporation* v. *United States* (*Brown, Alcantar & Brown, Inc., Party in Interest*) (51 CCPA 7, C.A.D. 829), the claim of the plaintiff was sustained.

No. 68819.—Reliance Int'l. Mfg., Ltd. *v.* United States, protests 60/9370, etc. (New York).